```
                         United States Bankruptcy Court
                             Northern District of Ohio
Rabin,
         Plaintiff                                      Adv. Proc. No. 12-01009-pmc

DePalma,
         Defendant            CERTIFICATE OF NOTICE

District/off: 0647-1          User: vdomb              Page 1 of 2              Date Rcvd: Jul 12, 2012
                              Form ID: pdf727          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2012.
dft           +Cheryl DePalma,    31520 Bishops Gate Circle,    Westlake, OH 44145-3764
dft           +John DePalma,    159 Crocker Park Blvd.,    Suite 400,    Westlake, OH 44145-8147
pla           +Mary Ann Rabin,   55 Public Square,    #1510,    Cleveland, OH 44113-1998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crc*          +Cheryl DePalma,    31520 Bishops Gate Circle,    Westlake, OH 44145-3764
crd*          +John DePalma,    159 Crocker Park Blvd.,    Suite 400,    Westlake, OH 44145-8147
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2012**            **Signature:**    *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2012 at the address(es) listed below:
              John B Ertle    on behalf of Cross-Claimant Cheryl DePalma ertlelaw@gmail.com
              Julie E Rabin   on behalf of Plaintiff Mary Rabin jerofficialmail@rabinandrabin.com
              Kenneth J Freeman    on behalf of Cross Defendant John DePalma kjfcolpa@aol.com
                                                                                    TOTAL: 3

**This document was signed electronically on July 12, 2012, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated:  July 12, 2012**



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 PROCEEDINGS |
| | ) | |
| **BRUCE & CINDY ADELSTEIN** | ) | CASE NO.  11-16053 |
| | ) | |
| Debtor, | ) | ADVERSARY NO.  12-1009 |
| | ) | |
| **MARY ANN RABIN, TRUSTEE,** | ) | JUDGE MORGENSTERN-CLARREN |
| | ) | |
| Plaintiff, | ) | |
| vs., | ) | |
| | ) | |
| **JOHN V. DEPALMA, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**STIPULATION FOR DIMISSAL OF COMPLAINT**

WHEREAS, Plaintiff has determined, following discussions with Defendant's counsel, and the receipt of Defendant's Affidavit, that Defendant has retained counsel to file bankruptcy and has no assets to satisfy a judgment.  Accordingly, even if Plaintiff were to be successful on its complaint, no funds would result for the benefit of creditors of the estate.

1

NOW THEREFORE, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, all parties who have appeared in the within proceeding stipulate to the dismissal of the Complaint.

AGREED BY:

| | |
|---|---|
| /s/ Julie E. Rabin | /s/ Kenneth J. Freeman |
| Julie E. Rabin (0006592) | Kenneth J. Freeman (0018940) |
| Rabin & Rabin Co., LPA | Kenneth J. Freeman Co., LPA |
| 55 Public Square, #1510 | 515 Leader Building, 526 Superior Ave. |
| Cleveland, Ohio 44113 | Cleveland, OH 44114-1903 |
| (216) 771-8084 | (216) 771-9980 |
| Facsimile No. (216) 771-4615 | Facsimile No. (216) 771-9978 |
| Jrabin@rabinandrabin.com | kjfcolpa@aol.com |
| Attorney for Plaintiff, Mary Ann Rabin | Attorney for Defendant, John DePalma |

**PLEASE SERVE:**

Julie E. Rabin
Mary Ann Rabin
Kenneth J. Freeman
John B. Ertle, Jr.
U.S. Trustee